Jessica Parafina Refuerzo*
9796 EUCALYPTUS STREET
SPRING VALLEY, CALIFORNIA [91977]

FILED

*MOVING PARTY: IN SPECIAL APPEARANCE

2008 MAY 13  AM 11: 48

CLERK US DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08 CV 0852 L WMc

| | |
|---|---|
| Jessica Parafina Refuerzo<br>Petitioner / Respondent<br><br><br><br>-vs.-<br>Defendant<br><br>LASALLE Bank NATIONAL<br>ASSOCIATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO: 37-2008-00033385-CL-UD-SC

NOTICE OF REMOVAL OF
STATE COURT ACTION:
TO THE FEDERAL COURT
JURISDICTION PURSUANT
TO 28 U.S.C. SECTION 1446

    In regards to the matter of LASALLE BANK NATIONAL ASSOCIATION Vs. JESSICA PARAFINA REFUERZO, please take judicial notice Jessica Parafina Refuerzo is here by Special Appearance: *Jessica Parafina Refuerzo* is not the JESSICA PARAFINA REFUERZO in the information.

NOTICE OF REMOVAL OF STATE COURT ACTION

Petitioner, Jessica Parafina Refuerzo submits the following Application for Removal of State Court Action, Case Number: 37-2008-00033385-CL-UD-SC to the Federal District Court, Southern District of California.
    The grounds for claims alleged "arise under" federal law; namely 'federal jurisdiction' resulting from the Moving Party's 'secured interest in, and application for a federal land patent', and to identify the statutory basis for the claim.
    At all times during these filings the Moving Party, Jessica Parafina Refuerzo was presumed a Citizen of the United States. The Moving Party dwells in, and is a Citizen of California; not a Corporation, Citizen of the United States, nor a Federal Agent or entity.
    In the State Court matter, there is no evidence the LASALLE BANK, a corporation, has any interest in the land at issue. Therefore Movant's secured interest claim lies exclusive. There is no legitimate obstacle to removal to Federal Court in light of no party in this case being properly served.
    From the allegations set forth in the State complaint, filed by the Respondeat, the Moving Party Jessica Parafina Refuerzo believes foul play is involved, as both current and previous owner have e secure standings; meanwhile amount in controversy exceeds $75,000.00 [seventy-five thousand dollars]... (See attached EXHIBIT #2)
    Equally important; the complaint pled alleges claims "arising under" federal law.

1

# ACKNOWLEDGMENT

State of California
County of _____ _Riverside_ _____)

On _____ _5-12-08_ _____ before me, _MARIA C. PALACIOS, NOTARY PUBLIC_
(insert name and title of the officer)

personally appeared ___ _Jessica Parafina Refuerzo_ _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

> MARIA C. PALACIOS
> COMM. #1510081
> Notary Public - California
> Riverside County
> My Comm. Expires Aug. 27, 2008

Signature _____    (Seal)

There is no absolute expressed prohibition against removal of the federal claims set forth therein.

It has been more than 30 [thirty] days since the filing and commencement of state court action and 'claim' of service of the documentation from the bank upon the Moving Party, Jessica Parafina Refuerzo.

In the matter of case no. 37-2008-00033385-CL-UD-SC, the Moving Party Jessica Parafina Refuerzo believes this court is not the proper 'jurisdiction for neither the Petitioner nor the claim at issue. Movant believes this matter is not in controversy; the bank's 'alleged' claim goes to the property... but presents no evidence of ownership of the land; therefore even should this court force itself upon and against the Petitioner's recorded 'secured interest', Petitioner would be forced out of her 'house', but not off her land, as interest is secured and proven.

There are no first-hand witnesses to any bank purchase of Petitioner's land; no notice served to the legitimacy of the LASALLE BANK's claim of ownership... and more importantly, no showing of evidence that LASALLE BANK has any contract with Petitioner or legitimate interest in Petitioner's original contract purchase from OCWEN BANK.

Petitioner finds the un-characteristic OCWEN demand for payment a contradiction of the premise before this hearing and believes such is indicative of fraud at the hearing officer's discretion. Nothing is more glaring in terms of NO SALE, than Exhibit # _____

Petitioner petitions this court to cause LASALLE BANK to produce a 1099 OID, (see exhibit #3) Original Issue Discount instrument typically a bank sales receipt used between banks to prove a sale, interest, transfer, ownership of any property exists. Such an instrument would also evidence Petitioner's signature as the Issuer to OCWEN BANK; the original party with whom Petitioner purchased the land and property.

Upon production of such, Petitioner would gladly remove herself from the land and property, with prejudice.

Otherwise, this court is likely being used as an instrument in legitimizing a fraudulent sale/transfer without legal support documents typically depicted in such major financial transfers; sort of like 'receiving stolen properties'.

Petitioner requests to see evidence of the sale... (the 1099 OID) the original issue discount provided by seller bank to buyer bank, to prove seller bank had legitimate rights and, or legitimate possession of said property to sell in the first place.

APRIL 2nd, 2008

Jessica Parafina Refuerzo,
Moving Party/In Pro Per:

NOTICE OF REMOVAL OF STATE COURT ACTION

DECLARATION OF Jessica Parafina Refuerzo
IN SUPPORT OF PETITION TO REMOVE THIS ACTION
FROM STATE COURT TO FEDERAL JURISDICTION

I, Jessica Parafina Refuerzo, declare:

I am the Moving Party in this action, case Number: 37-2008-00033385-CL-UD-SC.

Attached hereto are EXHIBITS #1, #2 and #3; and please find copies of documentation presented to and/ or filed in the state court.

# EXHIBITS
## #1; #2; & #3

# ACKNOWLEDGMENT

State of California
County of ___Riverside_____)

On ___5-12-08_____ before me, _MARIA C. PALACIOS, NOTARY PUBLIC_
                                   (insert name and title of the officer)

personally appeared __Jessica Porafina Repuerzo_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

MARIA C. PALACIOS
COMM. #1510081
Notary Public · California
Riverside County
My Comm. Expires Aug. 27, 2008

Signature _____    (Seal)

## PETITIONER'S ATTACHED EXHIBIT #2

Jessica Refuerza, Respondent
Los Angeles Superior Court @ El Cajon
El Cajon, California [91950]

MOVING PARTY:  IN SPECIAL APPEARANCE

1].     I, <u>Jessica Parafina Refuerza</u>, the Petitioner in this instant matter, declare as follows: I am of majority age and the only proven '*interested*' party to this action. I dwell at 9796 Eucalyptus Street in Spring Valley, California-the state.

2].     I would suffer **enormous** and unbearable injury to my psychological, emotional and financial person should the court allow the fraudulent, '*interest-less*' transfer to go forward without proof of ownership to sell, and or interest holding capacity of the bank at issue.

3].     I would suffer irreparable harm in the financial losses at bench; such a transfer can never be recovered or recompensed; that's a moral and spiritual outrage. My affects; life; home; interest and devotion to said land and property thereon would be lost forever.

4].     My husband is suffering from terminal diabetes and cannot participate in his own upkeep. He is as dependent as is a child in such things as financial and interest matters.

5].     On April 2nd, 2008, I deposited in the United States mail at Los Angeles, California, a copy of the Notice of Removal To Federal Court, dated April 2nd, 2008. And a copy of which is attached to this Certificate. See also, attached service list.

I declare and certify under the penalty of perjury, the foregoing is true, correct, complete and not intended to mislead at San Diego, California-state, on <u>April 2nd ,2008</u>.

I am **not** expert at or in law, however I do know right from wrong. If any human is damaged by any statement herein, he must inform me by facts within the time permitted; I will then make every effort to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty **(30) days** of receipt hereof providing me with your Counter-Affidavit, proving with particularity by stating all requisite actual evidentiary faces and all requisite law, that this Affidavit Statement is substantially and materially false sufficiently to change materially, my status and factual declarations. Your silence stands as consent to, and tacit approval and agreement with, the factual declarations herein being established as face as a matter of law. May the will of or Heavenly Father Asar and his son Yahshua be done on Earth as it is in Heaven.

I declare under penalty of perjury under the laws of the United States of North America the foregoing is true, correct, complete, and not intentionally misleading, at <u>SAN DIEGO</u>, [91003], California, North America; 28 U.S.C. § 1746.
**Reserving All Natural, God-Given, Unalienable Birthrights, Waiving None, Ever!**

Signed on this <u>MAY</u>    day of the <u>17th</u>    month in the year of our Lord, two thousand and seven.    (TM)

5-12-08

Jessica Parafina Refuerza®
9796 Eucalyptus Street
Spring Valley [92903]
California, North America
*Without the united States*

MOVING PARTY'S
EXHIBIT #3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE FORECLOSURE CASES | ) | CASE NO. NO.1:07CV2282 |
| | ) | 07CV2532 |
| | ) | 07CV2560 |
| | ) | 07CV2602 |
| | ) | 07CV2631 |
| | ) | 07CV2638 |
| | ) | 07CV2681 |
| | ) | 07CV2695 |
| | ) | 07CV2920 |
| | ) | 07CV2930 |
| | ) | 07CV2949 |
| | ) | 07CV2950 |
| | ) | 07CV3000 |
| | ) | 07CV3029 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| | ) | |
| | ) | |
| | ) | OPINION AND ORDER |
| | ) | |
| | ) | |

**CHRISTOPHER A. BOYKO, J.**:

On October 10, 2007, this Court issued an Order requiring Plaintiff-Lenders in a

number of pending foreclosure cases to file a copy of the executed Assignment demonstrating

Plaintiff was the holder and owner of the Note and Mortgage *as of the date the **Complaint***

*was filed*, or the Court would enter a dismissal. After considering the submissions, along

with all the documents filed of record, the Court dismisses the captioned cases without

prejudice. The Court has reached today's determination after a thorough review of all the

relevant law and the briefs and arguments recently presented by the parties, including oral

arguments heard on Plaintiff Deutsche Bank's Motion for Reconsideration. The decision, therefore, is applicable from this date forward, and shall not have retroactive effect.

## LAW AND ANALYSIS

A party seeking to bring a case into federal court on grounds of diversity carries the burden of establishing diversity jurisdiction. *Coyne v. American Tobacco Company*, 183 F. 3d 488 (6th Cir. 1999). Further, the plaintiff "bears the burden of demonstrating standing and must plead its components with specificity." *Coyne*, 183 F. 3d at 494; *Valley Forge Christian College v. Americans United for Separation of Church & State, Inc.*, 454 U.S. 464 (1982). The minimum constitutional requirements for standing are: proof of injury in fact, causation, and redressability. *Valley Forge*, 454 U.S. at 472. In addition, "the plaintiff must be a proper proponent, and the action a proper vehicle, to vindicate the rights asserted." *Coyne*, 183 F. 3d at 494 (quoting *Pestrak v. Ohio Elections Comm'n*, 926 F. 2d 573, 576 (6th Cir. 1991)). To satisfy the requirements of Article III of the United States Constitution, the plaintiff must show he has ***personally suffered some actual injury*** as a result of the illegal conduct of the defendant. (Emphasis added). *Coyne*, 183 F. 3d at 494; *Valley Forge*, 454 U.S. at 472.

In each of the above-captioned Complaints, the named Plaintiff alleges it is the holder and owner of the Note and Mortgage. However, the attached Note and Mortgage identify the mortgagee and promisee as the original lending institution — one other than the named Plaintiff. Further, the Preliminary Judicial Report attached as an exhibit to the Complaint makes no reference to the named Plaintiff in the recorded chain of title/interest. The Court's Amended General Order No. 2006-16 requires Plaintiff to submit an affidavit along with the Complaint, which identifies Plaintiff either as the original mortgage holder, or as an assignee,

trustee or successor-in-interest. Once again, the affidavits submitted in all these cases recite the averment that Plaintiff is the owner of the Note and Mortgage, without any mention of an assignment or trust or successor interest. Consequently, the very filings and submissions of the Plaintiff create a conflict. In every instance, then, Plaintiff has not satisfied its burden of demonstrating standing at the time of the filing of the Complaint.

Understandably, the Court requested clarification by requiring each Plaintiff to submit a copy of the Assignment of the Note and Mortgage, executed as of the date of the Foreclosure Complaint. In the above-captioned cases, *none* of the Assignments show the named Plaintiff to be the owner of the rights, title and interest under the Mortgage at issue as of the date of the Foreclosure Complaint. The Assignments, in every instance, express a present intent to convey all rights, title and interest in the Mortgage and the accompanying Note to the Plaintiff named in the caption of the Foreclosure Complaint upon receipt of sufficient consideration on the date the Assignment was signed and notarized. Further, the Assignment documents are all prepared by counsel for the named Plaintiffs. These proffered documents belie Plaintiffs' assertion they own the Note and Mortgage by means of a purchase which pre-dated the Complaint by days, months or years.

Plaintiff-Lenders shall take note, furthermore, that prior to the issuance of its October 10, 2007 Order, the Court considered the principles of "real party in interest," and examined Fed. R. Civ. P. 17 — "Parties Plaintiff and Defendant; Capacity" and its associated Commentary. The Rule is not *apropos* to the situation raised by these Foreclosure Complaints. The Rule's Commentary offers this explanation: "The provision should not be misunderstood or distorted. It is intended to prevent forfeiture when determination of the

proper party to sue is difficult or when an understandable mistake has been made. ... It is, in cases of this sort, intended to insure against forfeiture and injustice ..." Plaintiff-Lenders do not allege mistake or that a party cannot be identified. Nor will Plaintiff-Lenders suffer forfeiture or injustice by the dismissal of these defective complaints otherwise than on the merits.

Moreover, this Court is obligated to carefully scrutinize all filings and pleadings in foreclosure actions, since the unique nature of real property requires contracts and transactions concerning real property to be in writing. R.C. § 1335.04. Ohio law holds that when a mortgage is assigned, moreover, the assignment is subject to the recording requirements of R.C. § 5301.25. *Creager v. Anderson* (1934), 16 Ohio Law Abs. 400 (interpreting the former statute, G.C. § 8543). "Thus, with regards to real property, before an entity assigned an interest in that property would be entitled to receive a distribution from the sale of the property, their interest therein must have been recorded in accordance with Ohio law." *In re Ochmanek*, 266 B.R. 114, 120 (Bkrtcy.N.D. Ohio 2000) (citing *Pinney v. Merchants' National Bank of Defiance*, 71 Ohio St. 173, 177 (1904).[1]

This Court acknowledges the right of banks, holding valid mortgages, to receive timely payments. And, if they do not receive timely payments, banks have the right to properly file actions on the defaulted notes — seeking foreclosure on the property securing the notes. Yet, this Court possesses the independent obligations to preserve the judicial integrity of the federal court and to jealously guard federal jurisdiction. Neither the fluidity of

---

[1] Astoundingly, counsel at oral argument stated that his client, the purchaser from the original mortgagee, acquired complete legal and equitable interest in land when money changed hands, even before the purchase agreement, let alone a proper assignment, made its way into his client's possession.

-4-

the secondary mortgage market, nor monetary or economic considerations of the parties, nor

the convenience of the litigants supersede those obligations.

Despite Plaintiffs' counsel's belief that "there appears to be some level of

disagreement and/or misunderstanding amongst professionals, borrowers, attorneys and

members of the judiciary," the Court does not require instruction and is not operating under

any misapprehension. The "real party in interest" rule, to which the Plaintiff-Lenders

continually refer in their responses or motions, is clearly comprehended by the Court and is

not intended to assist banks in avoiding traditional federal diversity requirements.[2] Unlike

Ohio State law and procedure, as Plaintiffs perceive it, the federal judicial system need not,

and will not, be "forgiving in this regard."[3]

---

[2]

Plaintiff's reliance on Ohio's "real party in interest rule" (ORCP 17) and on any Ohio case citations is misplaced. Although Ohio law guides federal courts on substantive issues, state procedural law cannot be used to explain, modify or contradict a federal rule of procedure, which purpose is clearly spelled out in the Commentary. "In federal diversity actions, state law governs substantive issues and federal law governs procedural issues." *Erie R.R. Co. v. Tompkins*, 304 U.S. 63 (1938); *Legg v. Chopra*, 286 F. 3d 286, 289 (6th Cir. 2002); *Gafford v. General Electric Company*, 997 F. 2d 150, 165-6 (6th Cir. 1993).

[3]

Plaintiff's, "Judge, you just don't understand how things work," argument reveals a condescending mindset and quasi-monopolistic system where financial institutions have traditionally controlled, and still control, the foreclosure process. Typically, the homeowner who finds himself/herself in financial straits, fails to make the required mortgage payments and faces a foreclosure suit, is not interested in testing state or federal jurisdictional requirements, either *pro se* or through counsel. Their focus is either, "how do I save my home," or "if I have to give it up, I'll simply leave and find somewhere else to live."

In the meantime, the financial institutions or successors/assignees rush to foreclose, obtain a default judgment and then sit on the deed, avoiding responsibility for maintaining the property while reaping the financial benefits of interest running on a judgment. The financial institutions know the law charges the one with title (still the homeowner) with maintaining the property.

There is no doubt every decision made by a financial institution in the foreclosure process is driven by money. And the legal work which flows from winning the financial institution's favor is highly lucrative. There is nothing improper or wrong with financial institutions or law firms making a profit — to the contrary , they should be rewarded for sound business and legal practices. However, unchallenged by underfinanced opponents, the institutions worry less about jurisdictional requirements and more about maximizing returns. Unlike the focus of financial institutions, the federal courts must act as gatekeepers, assuring that only those who meet diversity and standing requirements are allowed to pass through. Counsel for the institutions are not without legal argument to support their position, but their arguments fall woefully short of justifying their premature filings, and utterly fail to satisfy their standing

## CONCLUSION

For all the foregoing reasons, the above-captioned Foreclosure Complaints are

dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE: October 31, 2007**

　　　　　　　　　　　　　　　 S/Christopher A. Boyko
　　　　　　　　　　　　　　　**CHRISTOPHER A. BOYKO**
　　　　　　　　　　　　　　　**United States District Judge**

---

and jurisdictional burdens. The institutions seem to adopt the attitude that since they have been doing this for so long, unchallenged, this practice equates with legal compliance. Finally put to the test, their weak legal arguments compel the Court to stop them at the gate.

　　　　The Court will illustrate in simple terms its decision: "Fluidity of the market" — "X" dollars, "contractual arrangements between institutions and counsel" — "X" dollars, "purchasing mortgages in bulk and securitizing" — "X" dollars, "rush to file, slow to record after judgment" — "X" dollars, "the jurisdictional integrity of United States District Court" — "Priceless."

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JOHN M. WHITE, #101504<br>HOUSER & ALLISON, a Professional Corp.<br>9970 Research Drive<br>Irvine, CA 92618<br>   TELEPHONE NO.: (949) 679-1111   FAX NO. *(Optional):* (949) 679-1112<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* LASALLE BANK NATIONAL ASSOCIATION, AS TRU | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
  STREET ADDRESS: 250 East Main Street
  MAILING ADDRESS: SAME
  CITY AND ZIP CODE: El Cajon, CA 92020
  BRANCH NAME: East County Division

PLAINTIFF/PETITIONER: LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE

DEFENDANT/RESPONDENT: DANDY ORDONIA REFUERZO, et al.

| REQUEST FOR   [ X ] **Entry of Default**   [ ] **Clerk's Judgment**<br>(Application)            [ ] **Court Judgment** | CASE NUMBER:<br>37-2008-00033385-CL-UD-EC |
|---|---|

1. TO THE CLERK: On the complaint or cross-complaint filed
  a. on *(date):* 2/14/08
  b. by *(name):* LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE
  c. [ X ] Enter default of defendant *(names):* ALL OCCUPANTS, TENANTS AND SUBTENANTS

  d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), ·585(c), 989, etc., against defendant *(names):*

    *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
  e. [ ] Enter clerk's judgment
    (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)

      [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
    (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
    (3) [ ] for default previously entered on *(date):*

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint . . . . . . . . . . . . $ | $ | $ | |
| b. Statement of damages * | | | |
|   (1) Special . . . . . . . . . . . . . . . . . . $ | $ | $ | |
|   (2) General . . . . . . . . . . . . . . . . . . $ | $ | $ | |
| c. Interest . . . . . . . . . . . . . . . . . . . . . $ | $ | $ | |
| d. Costs *(see reverse)* . . . . . . . . . . . . $ | $ | $ | |
| e. Attorney fees . . . . . . . . . . . . . . $ | $ | $ | |
| f. **TOTALS** . . . . . . . . . . . . . . . . . . . . $ | $ | $ | |

  g. **Daily damages** were demanded in complaint at the rate of: $ 40.00   per day beginning *(date):* 2/5/08
  (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ X ] *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*

Date: April 9, 2008

JOHN M. WHITE
                 (TYPE OR PRINT NAME)              ▶                  (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| **FOR COURT**<br>**USE ONLY** | (1) [ ] Default entered as requested on *(date):*<br>(2) [ ] Default NOT entered as requested *(state reason):* |
|---|---|
| | Clerk, by: _____, Deputy |

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**



Code of Civil Procedure,
§§ 585-587, 1169

UD-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JOHN M. WHITE, #101504<br>HOUSER & ALLISON, a Professional Corp.<br>9970 Research Drive<br>Irvine, CA 92618<br>TELEPHONE NO.: (949) 679-1111    FAX No. *(Optional):* (949) 679-1112<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* LASALLE BANK NATIONAL ASSOCIATION, AS TRU | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO |
|---|
| STREET ADDRESS: 250 East Main Street |
| MAILING ADDRESS: SAME |
| CITY AND ZIP CODE: El Cajon, CA 92020 |
| BRANCH NAME: East County Division |

| PLAINTIFF: LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE<br><br>DEFENDANT: DANDY ORDONIA REFUERZO, et al. | |
|---|---|

| [X] REQUEST    [ ] COUNTER-REQUEST<br>TO SET CASE FOR TRIAL—UNLAWFUL DETAINER<br>[X] Plaintiff    [ ] Defendant | CASE NUMBER:<br>37-2008-00033385-CL-UD-EC |
|---|---|

1. [X] **Plaintiff's request.** I represent to the court that all parties have been served with process and have appeared or have had a default or dismissal entered against them. I request that this case be set for trial.

2. **Trial preference.** The premises concerning this case are located at *(street address, apartment number, city, zip code, and county):*
   9796 Eucalyptus Street, Spring Valley, CA 91977
   a. [X] To the best of my knowledge, the right to possession of the premises is still in issue. This case is entitled to legal preference under Code of Civil Procedure section 1179a.
   b. [ ] To the best of my knowledge, the right to possession of the premises is no longer in issue. No defendant or other person is in possession of the premises.

3. **Jury or nonjury trial.** I request [ ] a jury trial    [X] a nonjury trial.

4. **Estimated length of trial.** I estimate that the trial will take *(check one):*
   a. [ ] days *(specify number):*    b. [X] hours *(specify if estimated trial is less than one day):* 1/2 Hr

5. **Trial date.** I am not available on the following dates *(specify dates and reasons for unavailability):*

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

6. *(Complete in all cases.)* An unlawful detainer assistant [X] did **not**    [ ] did   for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from an unlawful detainer assistant, complete a–f.)*

   a. Assistant's name:                              c. Telephone no.:
   b. Street address, city, and zip code:            d. County of registration:
                                                     e. Registration no.:
                                                     f. Expires on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 9, 2008

JOHN M. WHITE                                    ▶ *(signature)*
_____(TYPE OR PRINT NAME)_____              _____(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)_____

### NOTICE

- An unlawful detainer case must be set for trial on a date not later than **20 days after the first request** to set the case for trial is made (Code Civ. Proc., § 1170.5(a)).
- If a jury is requested, $150 must be deposited with the court 5 days before trial (Code Civ. Proc., § 631).
- Court reporter and interpreter services vary. Check with the court for availability of services and fees charged.
- If you cannot pay the court fees and costs, you may apply for a fee waiver. Ask the court clerk for a fee waiver form.

Form Adopted for Mandatory Use<br>Judicial Council of California<br>UD-150 [New January 1, 2005]

**REQUEST/COUNTER-REQUEST TO SET CASE<br>FOR TRIAL—UNLAWFUL DETAINER**

Legal<br>Solutions<br>⚖ Plus

Code of Civil Procedure, §§ 631,<br>1170.5(a), 1179a

1  JOHN M. WHITE, #101504
   HOUSER & ALLISON, APC
2  9970 Research Drive
   Irvine, CA 92618
3  (949) 679-1111
   (949) 679-1112
4

F I L E D
Clerk of the Superior Court
MAR 05 2008
By: S. ALVARADO, Deputy
EAST COUNTY DIVISION

5  Attorney for Plaintiff, LaSalle Bank National Association, as Trustee for the registered holders
6  of GSAMP Trust 2005-HE6, Mortgage pass-through certificates, series 2005-HE6

7

8

9              SAN DIEGO COUNTY SUPERIOR COURT

10             EAST COUNTY REGIONAL CENTER

11

12  LASALLE BANK NATIONAL              )  Case No.: 37-2008-00033385-CL-UD-EC
    ASSOCIATION, AS TRUSTEE FOR THE    )
13  REGISTERED HOLDERS OF GSAMP        )  **ORDER THAT SUMMONS BE SERVED**
    TRUST 2005-HE6, MORTGAGE PASS-     )  **BY POSTING ON PREMISES AND**
14  THROUGH CERTIFICATES, SERIES 2005- )  **MAILING**
    HE6                                )
15                                     )
             Plaintiff,                )
16                                     )
         vs.                           )
17                                     )
    DANDY ORDONIA REFUERZO; JESSICA    )
18  PARAFINA REFUERZO; and DOES 1      )
    through 10, inclusive,             )
19                                     )
             Defendants                )
20                                     )

21

22       On reading and filing the Application of John M. White on behalf of Plaintiff herein and

23  it appearing to the satisfaction of the Court that the Defendants DANDY ORDONIA

24  REFUERZO; JESSICA PARAFINA REFUERZO and all other occupants cannot with

25  reasonable diligence be served in any other manner specified in Sections 415.10-415.50 of the

26  Code of Civil Procedure, other than by posting and it further appearing that a cause of action

27  exists against Defendants.

28  I:\CIVIL\OCWEN\Refuerzo (43073)\OTP.doc          1

                              ORDER

1    IT IS ORDERED that the Summons in this proceeding be served by posting a copy of it

2    on the front door of the premises known as 9796 EUCALYPTUS STREET, SPRING VALLEY,

3    CA 91977, which is the manner most likely to give actual notice of this proceeding to the

4    Defendants herein, and that a copy of the Summons and the Complaint be forthwith mailed by

5    certified mail to the Defendants at 9796 EUCALYPTUS STREET, SPRING VALLEY, CA

6    91977, which is the occupants' address.

7

8          MAR 0 5 2008
     DATED:_____
9

10

11                                          Robert W. Rankin, Commissioner
                                            JUDGE/COMMISSIONER OF THE SUPERIOR
12                                          COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   L:\CIVIL\OCWEN\Refuerzo (43073)\OTP.doc          2

## SUMMONS
### (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCION ILICITA DE UN INMUEBLE—DESALOJO)

**SUM-130**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

F I L E D
Clerk of the Superior Court
FEB 1 4 2008
By: S. ALVARADO, Deputy
EAST COUNTY DIVISION

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DANDY ORDONIA REFUERZO; JESSICA PARAFINA REFUERZO;
and DOES 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
LaSalle Bank National Association, as Trustee for the registered holders of GSAMP Trust 2005-HE6,
Mortgage pass-through certificates, series 2005-HE6

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.)  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 5 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte está cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito).  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SAN DIEGO COUNTY SUPERIOR COURT
   SAME
   250 EAST MAIN STREET
   EL CAJON, CA 92020
   EAST COUNTY REGIONAL CENTER

   CASE NUMBER:
   *(Número del Caso):* 2008-00033385-CL-UD-EC

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   JOHN M. WHITE, #101504                           (949) 679-1111
   HOUSER & ALLISON, a Professional Corp.           (949) 679-1112
   9970 Research Drive
   Irvine, CA  92618

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:                    Clerk, by                         , Deputy
*(Fecha)* FEB 1 4 2008   *(Secretario)* SASKIA ALVARADO      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)            [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal
Solutions
Ca Plus

Page 1 of 2
Code of Civil Procedure §§ 412.20, 415.456, 1167

SUM-130

| PLAINTIFF (Name): LaSalle Bank National Association, as Trustee for the registered holders of GSAMP Trust 2005-HE6, Mortgage pass-through certificates, series 2005-HE6 | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): DANDY ORDONIA REFUERZO; JESSICA PARAFINA REFUERZO; and DOES 1 through 10, inclusive, | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and ZIP:

   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date):*

NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

---

CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR (Name):

NAME OF COURT: SAN DIEGO COUNTY SUPERIOR COURT
STREET ADDRESS: SAME
MAILING ADDRESS: 250 EAST MAIN STREET
CITY AND ZIP CODE: EL CAJON, CA 92020
BRANCH NAME: EAST COUNTY REGIONAL CENTER

PLAINTIFF: LaSalle Bank National Association, as Trustee

DEFENDANT: Dandy Ordonia Refuerzo, et al.

---

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER:
37-2008-00033385-CL-UD-EC

---

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

(To be completed by the process server)
DATE OF SERVICE:

(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

---

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date): Feb. 14, 2008 , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing of  $                          or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 (New January 1, 1991)   **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**   Legal Solutions Plus   Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

| PLAINTIFF (Name): LaSalle Bank National Association, as Trustee | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Dandy Ordonia Refuerzo, et al. | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . . .    ▶ _____
(TYPE OR PRINT NAME)                                              (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE if all the following are true:**
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*



COPY

1  JOHN M. WHITE, #101504
   HOUSER & ALLISON, APC
2  9970 Research Drive
   Irvine, CA  92618
3  (949) 679-1111
   (949) 679-1112
4

F I L E D
Clerk of the Superior Court

FEB 1 4 2008

By: S. ALVARADO, Deputy
EAST COUNTY DIVISION

5  Attorney for Plaintiff, LaSalle Bank National Association, as Trustee for the registered holders
   of GSAMP Trust 2005-HE6, Mortgage pass-through certificates, series 2005-HE6

6

7                    SAN DIEGO COUNTY SUPERIOR COURT

8                    EAST COUNTY REGIONAL CENTER

9

10 LASALLE BANK NATIONAL                    )  Case No.:    37-2008-00033385-CL-UD-EC
11 ASSOCIATION, AS TRUSTEE FOR THE          )
   REGISTERED HOLDERS OF GSAMP             )  COMPLAINT FOR UNLAWFUL
12 TRUST 2005-HE6, MORTGAGE PASS-          )  DETAINER [CCP§§1166, 1177] AGAINST
   THROUGH CERTIFICATES, SERIES 2005-     )  OCCUPANTS HOLDING OVER AFTER
13 HE6                                      )  NONJUDICIAL SALE UNDER POWER
                                            )  OF SALE IN DEED OF TRUST
14              Plaintiff,                   )
                                            )  Demand up to $10,000.00
15        vs.                               )
                                            )
16 DANDY ORDONIA REFUERZO; JESSICA         )
   PARAFINA REFUERZO; and DOES 1           )
17 through 10, inclusive,                   )
                                            )
18              Defendants                   )
                                            )
19 _____ )

20        Plaintiff, LaSalle Bank National Association, as Trustee for the registered holders

21 of GSAMP Trust 2005-HE6, Mortgage pass-through certificates, series 2005-HE6 ("Plaintiff"),

22 on behalf of itself alleges as follows:

23        1.      The real property, possession of which is sought in this action, is situated

24 in the County of San Diego, and Defendants DANDY ORDONIA REFUERZO; JESSICA

25 PARAFINA REFUERZO (the "Defendants") are now, and at all times mentioned herein were

26 residents of that County.

27

28 I:\CIVIL\OCWEN\Refuerzo (43073)\OLS1COM.doc          1

                              COMPLAINT

1         2.     Plaintiff does not know the true names or capacities of Defendants named

2 in this Complaint as DOES 1 through 10, inclusive, and therefore sues these Defendants under

3 the provisions of Section 474 of the California <u>Code of Civil Procedure</u>, and prays leave to

4 amend this Complaint to insert their true names and capacities, when ascertained.

5         3.     A Deed of Trust was executed and recorded in the Official Records,

6 County of San Diego, State of California. By this Deed of Trust, the Trustor conveyed the

7 Property to the Trustee to secure payment of the Trustor's Promissory Note.

8         4.     The Trustor defaulted in the payments of the Promissory Note and

9 thereafter, at the request of the Beneficiary, the Trustee, in accordance with Section 2924 of the

10 California Civil Code, caused to be recorded in the Official Records of the office of the County

11 Recorder of San Diego County, California, a Notice of Default and Election to Sell the Property

12 under the power of sale contained in the Deed of Trust. Notice was given in the manner and

13 form required by Civil Code Section 2924b. The Notice of Default contained the statement

14 specified in paragraph (1) of subdivision (b) of Section 2924c of the California Civil Code.

15         5.     More than three months after the Notice of Default was recorded, the

16 Trustee, as required by section 2924 of the California Civil Code, gave notice in the manner and

17 form required by Section 2924f of the Civil Code that the Property would be sold at public

18 auction to satisfy the obligation secured by the Deed of Trust, and caused the Notice of Sale to

19 be recorded in the office of the County Recorder of San Diego County, California.

20         6.     The Trustors failed to cure the default, and at the time and place noticed

21 for sale, the Trustee duly sold the Property to Plaintiff, who was the highest bidder, and at the

22 time executed and delivered to Plaintiff a Trustee's Deed Upon Sale. Plaintiff duly perfected its

23 title to the Property.

24         7.     By virtue of the Trustee's Deed Upon Sale, Plaintiff is the owner, and

25 entitled to immediate possession of the Property. The address of the property is 9796

26 EUCALYPTUS STREET, SPRING VALLEY, CA 91977.

27

28    I:\CIVIL\OCWEN\Refuerzo (43073)\OLS1COM.doc       2

8.     At the time of the sale, the Defendants were in possession of the Property and have remained in possession after the sale.

9.     On February 1, 2008, Plaintiff caused to be served a written Notice stating the Plaintiff had purchased the Property and that its title had been duly perfected and demanding that all persons vacate the premises. A true and correct copy of the Notice to Occupant to Vacate Premises, with proof of service is attached hereto as Exhibit "1."

10.     More than three days have elapsed since the service of the Notice but the Defendants have failed to deliver up possession of the premises.

11.     The reasonable rental value of the use and occupancy of the premises is the sum of $40.00 per day, and damages to Plaintiff caused by Defendants' unlawful detention thereof have accrued at the rate and will continue to accrue at the rate until judgment is entered.

WHEREFORE, Plaintiff prays for judgment as follows:

1.     That Defendants immediately deliver possession of the Property to Plaintiff;

2.     For damages at the rate of $40.00 per day from February 5, 2008 until judgment;

3.     For costs of suit incurred herein; and

4.     For such other and further relief as the Court deems just and proper.

DATED: February 13, 2008

HOUSER & ALLISON
A Professional Corporation

By: _____
JOHN M. WHITE
Attorney for Plaintiff LaSalle Bank National Association, as Trustee for the registered holders of GSAMP Trust 2005-HE6, Mortgage pass-through certificates, series 2005-HE6

L:\CIVIL\OCWEN\Refuerzo (43073)\OLS1COM.doc     3

COMPLAINT

**NOTICE TO OCCUPANT TO VACATE PREMISES**
9796 EUCALYPTUS STREET
SPRING VALLEY, CA 91977-4603

TO DANDY ORDONIA REFUERZO; AND ALL OTHER PERSONS WHO ARE IN
THE POSSESSION OF AND OCCUPY THE REAL PROPERTY AT THE ABOVE
ADDRESS

YOU ARE HEREBY NOTIFIED that the property known as 9796
EUCALYPTUS STREET, SPRING VALLEY, CA 91977-4603("the Premises")
was purchased at a non-judicial foreclosure sale and that its
title has been perfected.

You are required to quit and deliver up possession of the
Premises to the undersigned.

YOU MUST DO SO WITHIN THREE (3) DAYS, **unless** your claim to
possession is based on an existing rental or lease agreement by
which you rented the Premises before foreclosure sale from week
to week, month to month, or other fixed interval.  In that event,
you are required to vacate the Premises within THIRTY (30) DAYS.

If you claim to be a tenant or subtenant who is entitled to
remain in the Premises for more than three days, you must give
notice to the undersigned within three days of the date this
Notice is served on you.

If you have not vacated possession as required by this
Notice, you will be subject to court proceedings in the form of
an unlawful detainer action demanding not only immediate
possession but those damages and court costs to which the owner
is entitled by law.

This Notice is authorized pursuant to the provisions of
Section 1161a(b)(3) of the California Code of Civil Procedure.


DATED:  1/31/2008                      HOUSER & ALLISON
                                       A Professional Corp.

                             By:  _____
                                  JOAN M. WHITE


If you desire to discuss this Notice, you should immediately
contact John White at (949) 679-1111 between the hours of 9:00
a.m. to 5:00 p.m., Monday through Friday.


I:\CIVIL\OCWEN\NTV.doc

EXHIBIT  1
PAGE  1  OF  3

## Proof of Service

Reference Case: n/a

Address: 9796 EUCALYPTUS STREET SPRING VALLEY,CA.91977

I, the undersigned, declare that at the time of service of the papers herein referred to, I was at least eighteen (18) years of age, not a party to this action, and that I served the following notice:

_____    THREE (3) DAY NOTICE TO PAY OR QUIT

_____    30 DAY NOTICE TO QUIT (FORECLOSURE)

_____    STATEMENT OF REGISTRATION OF RENTAL UNITS

_____    SIXTY DAY NOTICE TO QUIT

_____    FIVE (5) DAY NOTICE TO PAY OR QUIT

__X__    NOTICE TO OCCUPANTS(S) TO VACATE PREMISES – 3 DAY/30 DAY NOTICE

on the following resident(s): DANDY ORDONIA REFUERZO
on (date/time): 2/1/2008 @ 12:29 P.M

_____    By delivering personally a copy of the Notice to the following resident
_____    By leaving a copy of the Notice for:

      With:

_____    Being a person of suitable age and discretion, at the residence or usual place of business of the residents being absent there from; AND POSTING a copy of the Notice in a conspicuous place on the property; AND MAILING by first class mail on said date, with postage fully prepaid, addressed to the residents at their place of residence.

__X__    By POSTING a copy for each of the above-named residents in a conspicuous place on the property herein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said residents; AND MAILING by first class mail, a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to the residents at the place where the property is situated.

      I declare under penalty of perjury that the foregoing is true and correct, and if called as a witness, could testify competently thereto.

      DATED: 2/1/2008

Signed:

Thurman Williams, Jr.
TW Legal Services
2305 E. Santa Clara, Unit C
Santa Ana, CA 92705

EXHIBIT 1
PAGE 2 OF 3

<u>Proof of Service</u>

Reference Case: n/a
Address: 9796 EUCALYPTUS STREET SPRING VALLEY,CA.91977-4603
I, the undersigned, declare that at the time of service of the papers herein referred to, I
was at least eighteen (18) years of age, not a party to this action, and that I served the
following notice:

_____    **THREE (3) DAY NOTICE TO PAY OR QUIT**

_____    **30 DAY NOTICE TO QUIT (FORECLOSURE)**

_____    **STATEMENT OF REGISTRATION OF RENTAL UNITS**

_____    **SIXTY DAY NOTICE TO QUIT**

_____    **FIVE (5) DAY NOTICE TO PAY OR QUIT**

\_\_X\_\_    **NOTICE TO OCCUPANTS(S) TO VACATE PREMISES – 3 DAY/30 DAY NOTICE**

on the following resident(s): ANY AND ALL OCCUPANTS
on (date/time): 2/1/2008 @ 12:29 P.M

_____    By delivering personally a copy of the Notice to the following resident:

_____    By leaving a copy of the Notice for:

With:

_____    Being a person of suitable age and discretion, at the residence or usual place of business of the
residents being absent there from; AND POSTING a copy of the Notice in a conspicuous place on the
property; AND MAILING by first class mail on said date, with postage fully prepaid, addressed to the
residents at their place of residence.

\_\_\_X\_\_    By POSTING a copy for each of the above-named residents in a conspicuous place on the
property herein described, there being no person of suitable age or discretion to be found at any known
place of residence or business of said residents; AND MAILING by first class mail, a copy to each resident
by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid,
addressed to the residents at the place where the property is situated.

I declare under penalty of perjury that the foregoing is true and correct, and if called as a witness,
could testify competently thereto.

DATED: 2/1/2008

Signed:

Thurman Williams, Jr.
TW Legal Services
2305 E. Santa Clara, Unit C
Santa Ana, CA 92705

EXHIBIT 1
PAGE 3 OF 3

# VERIFICATION

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I have read the foregoing <u>Complaint for Unlawful Detainer</u>

_____ and know its contents.

## [X] CHECK APPLICABLE PARAGRAPHS

[ ]    I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]    I am [ ] an Officer [ ] a partner _____ [ ] a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X]    I am one of the attorneys for <u>LaSalle Bank National Association, as Trustee</u>
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on <u>February 13, 2008</u>_____, at <u>Irvine</u>_____, California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

<u>JOHN M. WHITE, #101504</u>
      Type or Print Name                                               Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

    I am employed in the county of _____ , State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

_____

    On, _____ I served the foregoing document described as _____

_____

_____ on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**
    [ ] *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.
    [ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.
[ ]    **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
Executed on _____ , at _____ , California.
[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____           _____
Type or Print Name                                     Signature
*BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus     Rev. 7/99

ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☒ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA

PLAINTIFF: JOHN M. WHITE

DEFENDANT: Respondeat: Jessica Parafina Refuerzo ℠

**ANSWER—Unlawful Detainer**

CASE NUMBER: 37-2008 00033385-CL-UD-EC

1. Defendant (names): ~~JOHN M. WHITE, #101504 9990 Research Drive Irvine, California 92618.~~
   JESSICA REFUERZO 9796 EUCALYTUS St SPRINGVALLEY CA. 91977

   answers the complaint as follows:

2. Check ONLY ONE of the next two boxes: * Respondeat
   a. ☑ ~~Defendant~~ generally denies each statement of the complaint. (Do not check this box if the complaint demands more than $1,000.)  * Respondeat
   b. ☐ Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false (use paragraph numbers from the complaint or explain):

      ☐ Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (use paragraph numbers from the complaint or explain):

      ☐ Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES    (NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).
   a. ☐ (nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ (nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ (nonpayment of rent only) On (date): _____ before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

      (Also, briefly state the facts showing violation of the ordinance in item 3j.)
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☐ Other affirmative defenses are stated in item 3j. Respondeat is Paramont Creditor and has perfected, recorded 'secured interest' in the land noted at both County Recorder and Secretary of State Offices.

Form Approved by the Judicial Council of California
UD-105 [Rev. January 1, 2007]

**ANSWER—Unlawful Detainer**

Civil Code, §1940 et seq.;
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**UD-105**

| | |
|---|---|
| PLAINTIFF *(Name)*: | CASE NUMBER: |
| DEFENDANT *(Name)*: | |

3. AFFIRMATIVE DEFENSES (cont'd)

  j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one)*:

*See attached EXHIBIT(S)*

  (1) ☐ All the facts are stated in Attachment 3j.    (2) ☐ Facts are continued in Attachment 3j.

4. OTHER STATEMENTS

  a. ☐ Defendant vacated the premises on *(date)*:

  b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain)*:

  c. ☐ Other *(specify)*: *I emphatically deny, categorically, each claim put forth by plaintiff and assert plaintiff has no standing in this venue.*

5. DEFENDANT REQUESTS

  a. that plaintiff take nothing requested in the complaint. ✓

  b. costs incurred in this proceeding.

  c. ☑ reasonable attorney fees.

  d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.

  e. ☑ Other *(specify)*: *Request: this office acknowledge my 'recorded, secured interest' in the land; and the re-contracted terms initiated to settle this matter privately, administratively.*

6. ☐ Number of pages attached *(specify)*:

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400- 6415)**

7. *(Must be completed in all cases)* An unlawful detainer assistant ☑ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*

  a. Assistant's name:          b. Telephone No.:

  c. Street address, city, and ZIP:

  d. County of registration:          e. Registration No.:          f. Expires on *(date)*:

_JESSICA PARAGINA REFUGIO 20_
(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT OR ATTORNEY)

_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT OR ATTORNEY)

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership. )*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date: *8-10-09*

_JESSICA PARAGINA REFUGIO 20_
(TYPE OR PRINT NAME)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 150853    — MB**

**May 13, 2008
11:51:21**

**Civ Fil Non-Pris**
USAO #.: 08CV0852 CIVIL FILING
Judge..: M. JAMES LORENZ
Amount.:                    $350.00 CA

**Total—>  $350.00**

FROM: JESSICA PARAEINA REFUERZO
      VS LASALLE BANK

*JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** *JESSICA PARAGINA REFUERZO*
*9796 EUCALYPTUS ST*
*SPRING VALLEY CA 91977*

**DEFENDANTS** *LASALLE BANK NATIONAL ASSOCIATION*

**(b)** County of Residence of First Listed Plaintiff *SAN DIEGO*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant *IRVINE CA.*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

'08 CV 0852 L WMc

Attorneys (If Known) *JOHN WHITE # 101504*
*HOUSER & ALLISON A PROFESSIONAL CORP*
*9970 RESEARCH DRIVE*
*IRVINE CA. 92618*

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☒ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: *28 USC 1446*

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ *700,000.00* CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ___ DOCKET NUMBER ___

DATE *5-13-08*

SIGNATURE OF ATTORNEY OF RECORD *Jessica P. Refuergo*

**FOR OFFICE USE ONLY**

RECEIPT # *50853* AMOUNT *$350* APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

*PB 05/13/08*