1  ERIC D. HOUSER, #130079
   JEFFREY S. ALLISON, #173620
2  ALLISON M. WAITE, #249720
   HOUSER & ALLISON
3  9970 Research Drive
   Irvine, CA  92618
4  (949) 679-1111
   (949) 679-1112
5
   Attorney for LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
6  REGISTERED HOLDERS OF GSAMP TRUST 2005-HE6, MORTGAGE PASS-THROUGH
   CERTIFICATES, SERIES 2005-HE6
7

8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LASALLE BANK NATIONAL | ) | Case No.:  08 CV 0852 L WMC |
12 | ASSOCIATION, AS TRUSTEE FOR THE | ) | |
   | REGISTERED HOLDERS OF GSAMP | ) | **PLAINTIFF'S OBJECTION TO JESSICA** |
13 | TRUST 2005-HE6, MORTGAGE PASS- | ) | **PARAFINA REFUERZO'S NOTICE OF** |
   | THROUGH CERTIFICATES, SERIES 2005- | ) | **REMOVAL OF STATE COURT ACTION;** |
14 | HE6, | ) | **DECLARATION OF ALLISON M.** |
   | | ) | **WAITE** |
15 | Plaintiff, | ) | |
   | | ) | (Originally filed as Case No. 37-2008- |
16 | vs. | ) | 00033385-CL-UD-EC in the Superior Court of |
   | | ) | the State of California, County of San Diego, |
17 | DANDY ORDONIA REFUERZO, JESSICA | ) | East County Division) |
18 | PARAFINA REFUERZO, and DOES 1 to 10, | ) | |
   | inclusive, | ) | |
19 | | ) | |
   | Defendants, | ) | |
20 | | ) | |

21

22     Plaintiff, LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE

23 REGISTERED HOLDERS OF GSAMP TRUST 2005-HE6, MORTGAGE PASS-THROUGH

24 CERTIFICATES, SERIES 2005-HE6 (hereinafter "Plaintiff"), responds to JESSICA

25 PARAFINA REFUERZO'S (hereinafter "REFUERZO") Notice of Removal as follows:

26 / / /

27 / / /

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

### I.   INTRODUCTION

3      This unlawful detainer action is not a proper case for removal to the United States

4  District Court.  This was an unlawful detainer action in State Court.  A judgment on the merits

5  has already been entered in favor of Plaintiff in that action.  Defendant REFUERZO's Notice of

6  Removal filed herein on May 13, 2008, sets forth no basis for the removal.

7       • First, the Notice of Removal fails to state any federal question that would provide the

8          Court with original jurisdiction in this case.

9       • Second, all the Defendants, including Defendant REFUERZO are residents of the

10          State of California.  Accordingly, there is no diversity jurisdiction to support removal

11          to the District Court.

12      • Third, the amount in controversy is considerably less than $75,000.00, the minimum

13          requirement for original jurisdiction in the District Court.

14      • Fourth, the District Court does not have supplemental jurisdiction over any claims

15          because no original jurisdiction exists.

16      • Finally, as she expressly states in her notice, REFUERZO's Notice of Removal was

17          not filed within thirty days of receipt by the Defendant of a copy of the initial

18          pleading.

19

### II.   THE NOTICE OF REMOVAL MISSTATES THE CASE CAPTION

20      This is an Unlawful Detainer action originally filed in the San Diego County Superior

21  Court.  The State Court case was entitled LASALLE BANK NATIONAL ASSOCIATION, AS

22  TRUSTEE FOR THE REGISTERED HOLDERS OF GSAMP TRUST 2005-HE6,

23  MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE6 v. DANDY ORDONIA

24  REFUERZO; JESSICA PARAFINA REFUERZO; and DOES 1 through 10, inclusive.

25      When REFUERZO filed her Notice of Removal to the District Court, Southern District

26  of California, she named herself as Plaintiff and "LaSalle Bank National Association" as

27  defendant.  REFUERZO was not the Plaintiff in the State Court Unlawful Detainer action, she

28

I:\CIVIL\OCWEN\Refuerzo (43073)\OPP to Notice of Removal.doc                                    2

was the defendant, and she should not be characterized as the Plaintiff in this District Court action.

## III.    NO FEDERAL QUESTION

28 U.S.C. §1441(a) provides in pertinent part that:

"(a) . . . any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court . . ."

28 U.S.C. §1331 provides that:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

Defendant REFUERZO's Notice of Removal fails state that this Unlawful Detainer case is an action arising under any constitutional article, law or treaty of the United States which would support original jurisdiction by the District Court.

## IV.    NO DIVERSITY

28 U.S.C. §1441(b) provides in pertinent part that:

"(b) . . . Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

Even if there is complete diversity, removal is allowed only if "none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. §1441(b); Spencer v. United States Dist. Ct for Northern Dist. of Calif. (Altec Industries, Inc.) (9th Cir. 2004) 393 F3d 867, 870; Republic Western Ins. Co. v. International Ins. Co. (ND CA 1991) 765 F.Supp. 628, 629 (citing text)

Defendant REFUERZO is a citizen of California, as is defendant Dandy Ordonia Refuerzo.  Defendant REFUERZO's Notice of Removal expressly states that she is a citizen of California, the State in which the action was brought (Page 1, paragraph 3).  Moreover, the very

1    action Defendant REFUERZO seeks to remove is an Unlawful Detainer action "against

2    occupants holding over after nonjudicial sale under power of sale in deed of trust." (See caption

3    of the complaint attached to the Notice of Removal).   Defendant REFUERZO claims to be a

4    resident of the real property in California which is the subject of the action.  That property is

5    9796 Eucalyptus Street, Spring Valley, California, as stated on page 2, lines 25 and 26 of the

6    Unlawful Detainer Complaint attached to Defendant REFUERZO's Notice of Removal.

7            Accordingly, there is no diversity to support removal of this Unlawful Detainer action to

8    the District Court.

9    **V.    AMOUNT IN CONTROVERSY**

10            28 U.S.C. §1332 provides in pertinent part that:

11            "The district courts shall have original jurisdiction of all civil
              actions where the matter in controversy exceeds the sum or value of
12            $75,000.00, exclusive of interest and costs . . ."

13

14        The complaint in the Unlawful Detainer action which Defendant REFUERZO seeks to

15    remove, seeks damages in the amount of $40.00 per day from February 5, 2008 until judgment,

16    as stated on page 3, lines 9 through 11 of the Unlawful Detainer Complaint attached to

17    Defendant REFUERZO's Notice of Removal.  The judgment was entered on May 5, 2008 and

18    the holdover damages totaled $3,400 at that time.  In fact, the caption of the complaint states

19    "Demand up to $10,000.00".  The damages sought are thus considerably less than $75,000.00.

20

21    **VI.    NO SUPPLEMENTAL JURISDICTION**

22        Defendant REFUERZO purports to remove this matter pursuant to 28 U.S.C. §1446 (See

23    Notice of Removal, Page 1, title)

24            28 U.S.C. §1446 provides in pertinent part that:

25            " (a) A defendant or defendants desiring to remove any civil action
              or criminal prosecution from a State court shall file in the district
26            court of the United States for the district and division within which
              such action is pending a notice of removal signed pursuant to Rule
27            11 of the Federal Rules of Civil Procedure and containing a short
              and plain statement of the grounds for removal, together with a

28    I:\CIVIL\OCWEN\Refuerzo (43073)\OPP to Notice of Removal.doc                                    4

1

copy of all process, pleadings, and orders served upon such
defendant or defendants in such action …"

2

3    *28 U.S.C. §1446* is not a grant of jurisdiction to the District Court.  It merely sets forth

4    the procedure for removing a matter filed in State Court to the District Court.  Further, as stated

5    above, Defendant REFUERZO's Notice of Removal fails to support any original jurisdiction by

6    the District Court in this Unlawful Detainer case.  Accordingly, the District Court does not have

7    supplemental jurisdiction over any claims because no original jurisdiction exists to be

8    supplemented.

9    **VII.    THE NOTICE OF REMOVAL IS NOT TIMELY FILED**

10                28 U.S.C. §1446 provides in pertinent part that:

11           "The notice of removal of a civil action or proceeding shall be filed
           within thirty days after the receipt by the Defendant, through

12           service or otherwise, of a copy of the initial pleading setting forth
           the claim for relief upon which such action or proceeding is based .

13           . ."

14         Defendant REFUERZO expressly states in her Notice of Removal that "It has been more

15    than 30 [thirty] days since the filing and commencement of state court action and 'claim' of

16    service of the documentation of the bank upon the Moving Party, Jessica Parafina Refuerzo"

17    (See Notice of Removal, page 2, paragraph 1).

18         First, the complaint in this action was served upon Defendants Dandy Ordonia Refuerzo,

19    JESSICA PARAFINA REFUERZO, and all other occupants, tenants and subtenants on March 5,

20    2008.  Copies of the Proofs of Service are attached to the Declaration of Allison M. Waite as

21    Exhibit "1."

22

23         Second, on March 10, 2008, Defendant REFUERZO filed an Answer in the Unlawful

24    Detainer action in San Diego Superior Court.  A copy of REFUERZO's Answer is attached to

25    her Notice of Removal.  Thus, Defendant REFUERZO must have received the initial pleading on

26

27

28

I:\CIVIL\OCWEN\Refuerzo (43073)\OPP to Notice of Removal.doc                                          5

1   or before March 10, 2008. Thus, Defendant REFUERZO did not file the Notice of Removal

2   within thirty days after her receipt of a copy of the initial pleading.

3   **VII.    CONCLUSION**

4       For the foregoing reasons, removal of this Unlawful Detainer case should be denied and

5   the case summarily remanded to the Superior Court. The only purpose for this attempted

6   removal is to stall the defendants' inevitable eviction from the subject property.

7

8   DATED: May 16, 2008                           HOUSER & ALLISON
                                                  A Professional Corporation
9
                                          By: _____
10                                                JEFFREY S. ALLISON
                                                  ALLISON M. WAITE
11                                                Attorney for Plaintiff LASALLE BANK
                                                  NATIONAL ASSOCIATION, AS
12                                                TRUSTEE FOR THE REGISTERED
                                                  HOLDERS OF GSAMP TRUST 2005-HE6,
13                                                MORTGAGE PASS-THROUGH
                                                  CERTIFICATES, SERIES 2005-HE6
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
I:\CIVIL\OCWEN\Refuerzo (43073)\OPP to Notice of Removal.doc                              6

## DECLARATION OF ALLISON M. WAITE

I, ALLISON M. WAITE, declare

1.     I am an attorney at law duly licensed to practice before the above-entitled Court and am employed with the law firm of Houser & Allison, a Professional Corporation, counsel of record for Plaintiff, LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GSAMP TRUST 2005-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE6 ("Plaintiff").  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.     The complaint in this action was served upon Defendants Dandy Ordonia Refuerzo, Jessica Parafina Refuerzo, and All Other Occupants, Tenants and Subtenants on March 5, 2008.  True and correct copies of the Proofs of Service are attached hereto as Exhibit "1."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of May, 2008 at Irvine, California.

ALLISON M. WAITE

I:\CIVIL\OCWEN\Refuerzo (43073)\OPP to Notice of Removal.doc

7

1  JOHN M. WHITE, #101504
   HOUSER & ALLISON, APC
2  9970 Research Drive
   Irvine, CA 92618
3  (949) 679-1111
   (949) 679-1112
4

**F I L E D**
Clerk of the Superior Court

MAR 0 5 2008

By: S. ALVARADO, Deputy
EAST COUNTY DIVISION

5  Attorney for Plaintiff, LaSalle Bank National Association, as Trustee for the registered holders
   of GSAMP Trust 2005-HE6, Mortgage pass-through certificates, series 2005-HE6
6

7

8

9                    SAN DIEGO COUNTY SUPERIOR COURT

10                    EAST COUNTY REGIONAL CENTER

11

12  LASALLE BANK NATIONAL            )  Case No.: 37-2008-00033385-CL-UD-EC
    ASSOCIATION, AS TRUSTEE FOR THE  )
13  REGISTERED HOLDERS OF GSAMP      )  **ORDER THAT SUMMONS BE SERVED**
    TRUST 2005-HE6, MORTGAGE PASS-   )  **BY POSTING ON PREMISES AND**
14  THROUGH CERTIFICATES, SERIES 2005-)  **MAILING**
    HE6                              )
15                                   )
              Plaintiff,             )
16                                   )
         vs.                         )
17                                   )
    DANDY ORDONIA REFUERZO; JESSICA  )
18  PARAFINA REFUERZO; and DOES 1    )
    through 10, inclusive,           )
19                                   )
              Defendants             )
20  _____ )

21

22        On reading and filing the Application of John M. White on behalf of Plaintiff herein and

23  it appearing to the satisfaction of the Court that the Defendants DANDY ORDONIA

24  REFUERZO; JESSICA PARAFINA REFUERZO and all other occupants cannot with

25  reasonable diligence be served in any other manner specified in Sections 415.10-415.50 of the

26  Code of Civil Procedure, other than by posting and it further appearing that a cause of action

27  exists against Defendants.

28  I:\CIVIL\OCWEN\Refuerzo (43073)\OTP.doc        1

**EXHIBIT 1**
**PAGE 1 OF 8**

ORDER

1     IT IS ORDERED that the Summons in this proceeding be served by posting a copy of it

2 on the front door of the premises known as 9796 EUCALYPTUS STREET, SPRING VALLEY,

3 CA 91977, which is the manner most likely to give actual notice of this proceeding to the

4 Defendants herein, and that a copy of the Summons and the Complaint be forthwith mailed by

5 certified mail to the Defendants at 9796 EUCALYPTUS STREET, SPRING VALLEY, CA

6 91977, which is the occupants' address.

7

8     MAR 0 5 2008

9 DATED:_____

10

11     Robert W. Rankin, Commissioner
    JUDGE/COMMISSIONER OF THE SUPERIOR

12     COURT

EXHIBIT 1
PAGE 2 OF 8

I:\CIVIL\OCWEN\Refuerzo (43073)\OTP.doc     2

ORDER

| Attorney or Party without Attorney:<br>JOHN M. WHITE, ESQ., Bar #101504<br>HOUSER & ALLISON, A PROFESSIONAL CORP.<br>9970 RESEARCH DRIVE<br>IRVINE, CA 92618<br>Telephone No: 949-679-1111<br><br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
SAN DIEGO COUNTY SUPERIOR COURT, EAST COUNTY DIVISION

Plaintiff: LASALLE BANK NATIONAL ASSOCIATION
Defendant: DANDY ORDONIA REFUERZO

| **PROOF OF SERVICE**<br>**SUMMONS - UNLAWFUL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>37-2008-00033385-CL-UD-EC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS - UNLAWFUL DETAINER - EVICTION; COMPLAINT FOR UNLAWFUL DETAINER [ C C O 1166,1177] AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE IN DEED OF TRUST; ORDER THAT SUMMONS BE SERVED BY POSTING ON PREMISES AND MAILING; CIVIL CASE COVER SHEET; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.

3. a. *Party served:*                          JESSICA PARAFINA REFUERZO

4. *Address where the party was served:*        9796 Eucalyptus Street
                                                SPRING VALLEY, CA 91977

5. *I served the party:*
   d. **by other means** On: Wed., Mar. 05, 2008 at: 4:00PM by Posting and Mailing (CCP 415.45):
                                                party in item 3.a.
   (2) **(Home)** by Posting and Mailing (CCP 415.45):
   (4) A declaration of mailing is attached.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. *Person Who Served Papers:*                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. R.T. HANSELL                              d. *The Fee for Service was:*    $109.18

   **First Legal Support Services** ₅ₘ        e. I am: (3) registered California process server
   ATTORNEY SERVICES                              *(i)*   Independent Contractor
   1111 6TH AVENUE, SUITE 204                     *(ii)*  *Registration No.:*    351
   San Diego, CA 92101                            *(iii)* *County:*              San Diego
   (619) 231-9111, FAX (619) 231-1361

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Apr. 08, 2008

PROOF OF SERVICE<br>SUMMONS - UNLAWFUL       938519.ep.johwh.115937



EXHIBIT

PAGE 3 OF 8

*Attorney or Party without Attorney:*
JOHN M. WHITE, ESQ., Bar #101504
HOUSER & ALLISON, A PROFESSIONAL CORP.
9970 RESEARCH DRIVE
IRVINE, CA 92618
*Telephone No:* 949-679-1111    *FAX No:*

*For Court Use Only*

*Ref. No or File No.:*

*Attorney for:* Plaintiff
*Insert name of Court, and Judicial District and Branch Court:*
SAN DIEGO COUNTY SUPERIOR COURT, EAST COUNTY DIVISION
*Plaintiff:* LASALLE BANK NATIONAL ASSOCIATION
*Defendant:* DANDY ORDONIA REFUERZO

| PROOF OF SERVICE By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 37-2008-00033385-CL-UD-EC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS - UNLAWFUL DETAINER - EVICTION; COMPLAINT FOR UNLAWFUL DETAINER [ C C O 1166,1177] AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE IN DEED OF TRUST; ORDER THAT SUMMONS BE SERVED BY POSTING ON PREMISES AND MAILING; CIVIL CASE COVER SHEET; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:

    a. Date of Mailing:                    Wed., Mar. 05, 2008
    b. Place of Mailing:                 SAN DIEGO, CA 92101
    c. Addressed as follows:          JESSICA PARAFINA REFUERZO
                                    9796 Eucalyptus Street
                                    SPRING VALLEY, CA 91977

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Mar. 05, 2008 in the ordinary course of business.

5. *Person Serving:*                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. R.T. HANSELL
    b. FIRST LEGAL SUPPORT SERVICES           d. *The Fee for Service was:*   $109.18
       1111 6TH AVENUE                      e. I am: (3) registered California process server
       SUITE 204                              *(i)*    Independent Contractor
       SAN DIEGO, CA 92101                 *(ii) Registration No.:*   351
    c. 619-231-9111                               *(iii) County:*      San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Apr. 08, 2008



Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

EXHIBIT
PAGE 4 OF 8

PROOF OF SERVICE
By Mail

(R.T. HANSELL)
1858519:ep.johwh.115937

Attorney or Party without Attorney:
JOHN M. WHITE, ESQ., Bar #101504
HOUSER & ALLISON, A PROFESSIONAL CORP.
9970 RESEARCH DRIVE
IRVINE, CA 92618
Telephone No: 949-679-1111

*For Court Use Only*

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
SAN DIEGO COUNTY SUPERIOR COURT, EAST COUNTY DIVISION

Plaintiff: LASALLE BANK NATIONAL ASSOCIATION
Defendant: DANDY ORDONIA REFUERZO

| **PROOF OF SERVICE SUMMONS - UNLAWFUL** | Hearing Date: | Time: | Dept/Div: | Case Number: 37-2008-00033385-CL-UD-EC |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS - UNLAWFUL DETAINER - EVICTION; COMPLAINT FOR UNLAWFUL DETAINER [ C C O 1166,1177] AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE IN DEED OF TRUST; ORDER THAT SUMMONS BE SERVED BY POSTING ON PREMISES AND MAILING; CIVIL CASE COVER SHEET; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.

*3. a. Party served:*          DANDY ORDONIA REFUERZO

*4. Address where the party was served:*          9796 Eucalyptus Street
SPRING VALLEY, CA 91977

*5. I served the party:*
   d. **by other means** On: Wed., Mar. 05, 2008 at: 4:00PM by Posting and Mailing (CCP 415.45):
      party in item 3.a.
   (2) **(Home)** by Posting and Mailing (CCP 415.45):
   (4) A declaration of mailing is attached.

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

*7. Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. R.T. HANSELL          d. *The Fee for Service was:*     $28.00

**First Legal Support Services** (sm)
ATTORNEY SERVICES
1111 6TH AVENUE, SUITE 204
San Diego, CA 92101
(619) 231-9111, FAX (619) 231-1361

   e. I am: (3) registered California process server
      (i)    Independent Contractor
      (ii)   *Registration No.:*          351
      (iii)  *County:*          San Diego

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Apr. 08, 2008



(R.T. HANSELL)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

**EXHIBIT**

PROOF OF SERVICE
SUMMONS - UNLAWFUL

1838518:ep.johwh.115942

**PAGE  5  OF  8**

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| JOHN M. WHITE, ESQ., Bar #101504<br>HOUSER & ALLISON, A PROFESSIONAL CORP.<br>9970 RESEARCH DRIVE<br>IRVINE, CA 92618<br>*Telephone No:* 949-679-1111     *FAX No:* | | | | | |
| *Ref. No or File No.:* | | | | | |
| *Attorney for:* Plaintiff | | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>SAN DIEGO COUNTY SUPERIOR COURT, EAST COUNTY DIVISION | | | | | |
| *Plaintiff:* LASALLE BANK NATIONAL ASSOCIATION | | | | | |
| *Defendant:* DANDY ORDONIA REFUERZO | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | | *Case Number:*<br>37-2008-00033385-CL-UD-EC |

1.  I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2.  I served copies of the SUMMONS - UNLAWFUL DETAINER - EVICTION; COMPLAINT FOR UNLAWFUL DETAINER [ C
    C O 1166,1177] AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE IN
    DEED OF TRUST; ORDER THAT SUMMONS BE SERVED BY POSTING ON PREMISES AND MAILING; CIVIL CASE
    COVER SHEET; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid
    as follows:

    a. Date of Mailing:               Wed., Mar. 05, 2008
    b. Place of Mailing:              SAN DIEGO, CA 92101
    c. Addressed as follows:          DANDY ORDONIA REFUERZO
                                      9796 Eucalyptus Street
                                      SPRING VALLEY, CA 91977

4.  I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal
    Service on Wed., Mar. 05, 2008 in the ordinary course of business.

5.  *Person Serving:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. R.T. HANSELL                         d.  *The Fee for Service was:*     $28.00
    b. FIRST LEGAL SUPPORT SERVICES         e.  I am: (3) registered California process server
       1111 6TH AVENUE                          *(i)*     Independent Contractor
       SUITE 204                                *(ii)*  *Registration No.:*      351
       SAN DIEGO, CA 92101                      *(iii)* *County:*               San Diego
    c. 619-231-9111

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date:Tue, Apr. 08, 2008

    Judicial Council Form POS-010
    Rule 982.9.(a)&(b) Rev January 1, 2007

    **EXHIBIT**
    **PAGE  6  OF  8**

    PROOF OF SERVICE
    By Mail

    _R.T. Hansell_ (signature)
    (R.T. HANSELL)
    1838518:ep.johwh.115942

*Attorney or Party without Attorney:*
JOHN M. WHITE, ESQ., Bar #101504
HOUSER & ALLISON, A PROFESSIONAL CORP.
9970 RESEARCH DRIVE
IRVINE, CA 92618
*Telephone No:* 949-679-1111

| | *For Court Use Only* |
|---|---|

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
SAN DIEGO COUNTY SUPERIOR COURT, EAST COUNTY DIVISION

*Plaintiff:* LASALLE BANK NATIONAL ASSOCIATION
*Defendant:* DANDY ORDONIA REFUERZO

| PROOF OF SERVICE SUMMONS - UNLAWFUL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 37-2008-00033385-CL-UD-EC |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS - UNLAWFUL DETAINER - EVICTION; COMPLAINT FOR UNLAWFUL DETAINER [ C C O 1166,1177] AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE IN DEED OF TRUST; ORDER THAT SUMMONS BE SERVED BY POSTING ON PREMISES AND MAILING; CIVIL CASE COVER SHEET; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.

*3.  a. Party served:*                          ALL OTHER OCCUPANTS, TENANTS, AND SUBTENANTS

*4.  Address where the party was served:*        9796 Eucalyptus Street
                                                 SPRING VALLEY, CA 91977

*5.  I served the party:*
    d. **by other means** On: Wed., Mar. 05, 2008 at: 4:00PM by Posting and Mailing (CCP 415.45):
                                                 A COPY OF DOCUMENTS TO ALL OTHER OCCUPANTS C/O DANDY
                                                 ORDONIA REFUERZO
    (2)  **(Home)** by Posting and Mailing (CCP 415.45):
    (4)  A declaration of mailing is attached.
6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
    *on behalf of:*  ALL OTHER OCCUPANTS, TENANTS, AND SUBTENANTS
    *Other:*   PREJUDGMENT CLAIM OF RIGHT TO POSSESSION C.C.P. 415.46.
*7.  Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. R.T. HANSELL                           d.  *The Fee for Service was:*    $28.00

 **First Legal Support Services** ℠
ATTORNEY SERVICES
1111 6TH AVENUE, SUITE 204
San Diego, CA 92101
(619) 231-9111, FAX (619) 231-1361

    e.  I am: (3)  registered California process server
        *(i)*    Independent Contractor
        *(ii)*   *Registration No.:*       351
        *(iii)*  *County:*                  San Diego

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Apr. 08, 2008

EXHIBIT
PAGE 7 OF 8

PROOF OF SERVICE
SUMMONS - UNLAWFUL

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

*R.T. Hansell*
(R.T. HANSELL)
1838520:ep.johwh.115948

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JOHN M. WHITE, ESQ., Bar #101504<br>HOUSER & ALLISON, A PROFESSIONAL CORP.<br>9970 RESEARCH DRIVE<br>IRVINE, CA 92618<br>Telephone No: 949-679-1111          FAX No: | |

*Attorney for:* Plaintiff      *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

SAN DIEGO COUNTY SUPERIOR COURT, EAST COUNTY DIVISION

*Plaintiff:* LASALLE BANK NATIONAL ASSOCIATION

*Defendant:* DANDY ORDONIA REFUERZO

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>37-2008-00033385-CL-UD-EC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS - UNLAWFUL DETAINER - EVICTION; COMPLAINT FOR UNLAWFUL DETAINER [ C C O 1166,1177] AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE IN DEED OF TRUST; ORDER THAT SUMMONS BE SERVED BY POSTING ON PREMISES AND MAILING; CIVIL CASE COVER SHEET; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:

     a. Date of Mailing:                       Wed., Mar. 05, 2008
     b. Place of Mailing:                     SAN DIEGO, CA 92101
     c. Addressed as follows:             ALL OTHER OCCUPANTS, TENANTS, AND SUBTENANTS
                                           9796 Eucalyptus Street
                                           SPRING VALLEY, CA 91977

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Mar. 05, 2008 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. R.T. HANSELL                          d. *The Fee for Service was:*    $28.00
     b. FIRST LEGAL SUPPORT SERVICES           e. I am: (3) registered California process server
         1111 6TH AVENUE                              *(i)*     Independent Contractor
         SUITE 204                                    *(ii)*   *Registration No.:*     351
         SAN DIEGO, CA 92101                      *(iii) County:*            San Diego
     c. 619-231-9111

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

     Date:Tue, Apr. 08, 2008

**EXHIBIT**    PROOF OF SERVICE              *R.T. Hansell*

Judicial Council Form POS-010         By Mail                      (R.T. HANSELL)
Rule 982.9.(a)&(b) Rev January 1, 2007

**PAGE __ OF __**

1838520:ep.johwh.115948

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA     )
3                               ) SS
COUNTY OF ORANGE        )
4

5     I am employed in the County of Orange, State of California.  I am over the age of 18 and not
a party to the within action.  My business address is 9970 Research Drive, Irvine, California
6   92618.

7     On May 16, 2008, I served the following document(s) described as follows:

8   **PLAINTIFF'S OBJECTION TO JESSICA PARAFINA REFUERZO'S NOTICE OF
REMOVAL OF STATE COURT ACTION; DECLARATION OF ALLISON M. WAITE**
9

10   On the following interested parties in this action:

11

Dandy Ordonia Refuerzo                   Jessica Parafina Refuerzo
12   9796 Eucalyptus Street                   9796 Eucalyptus Street
Spring Valley, CA 91977                  Spring Valley, CA 91977
13

All Occupants
14   c/o Jessica Parafina Refuerzo
9796 Eucalyptus Street
15   Spring Valley, CA 91977

16
[X ]     VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5: By placing a true copy thereof
17            enclosed in a sealed envelope(s) addressed as above, and placing each for collection and
mailing on the date following ordinary business practices.  I am readily familiar with my
18            firm's business practice and collection and processing of mail with the United States
Postal Service and correspondence placed for collection and mailing would be deposited
19            with the United States Postal Service at Irvine, California, with postage thereon fully
prepaid that same day in the ordinary course of business.
20

21

22     I declare under penalty of perjury, under the laws of the United States of America that the
foregoing is true and correct.
23

24     Executed on May 16, 2008 at Irvine, California.

25

26                                         ALLISON M. WAITE

27

28
I:\CIVIL\OCWEN\Refuerzo (43073)\OPP to Notice of Removal.doc                                8