PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ECL  DEPUTY

May 15, 2008

Office of the Clerk
Superior Court for the County of San Diego
250 East Main Street
El Cajon, CA 92020

Re: Lasalle Bank National Association v. Refuerzo, Case No. 08cv852 L (Wmc)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: A. Everill
     Everill, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF ____5-19-08____
AND ASSIGNED CASE NUMBER  37-2008-00033385-CL-UD-EC

CLERK, ~~U.S. DISTRICT COURT~~  Superior Court

By: ____V. Jensen____, Deputy